IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Bridgett Taylor,<br><br>        Plaintiff,<br><br>vs.<br><br>Leon Lott; Ricky Ezzell; and David Linfert,<br><br>        Defendants. | C/A No. 3:16-3823-JFA<br><br>**ORDER** |

  Bridgett Taylor (Plaintiff) brings this action against Leon Lott, Ricky Ezzell, and David Linfert (Defendants) alleging violations of her constitutional rights pursuant to 42 U.S.C. § 1983. Plaintiff is represented by counsel.

  Defendants filed a motion for summary judgment on December 20, 2017. (ECF No. 31). Plaintiff filed a motion for additional time to respond to Defendant's Motion. (ECF No. 35). The Magistrate Judge granted the Motion. (ECF No. 36). Plaintiff filed a response in opposition to Defendants' Motion on January 18, 2018. (ECF No. 39).

  On January 19, 2018, the Magistrate Judge granted Defendants' Motion for an Extension of Time to reply to Plaintiff's Response. On January 29, 2018, the Magistrate granted Defendants' second Motion for an Extension of Time to reply to Plaintiff's Response. On February 28, 2018, the Magistrate Judge granted Defendants' third Motion for an Extension of Time to reply to Plaintiff's Response. Defendants filed a reply on March 28, 2018. (ECF No. 49).

1

The Magistrate Judge assigned to this action[1] prepared a thorough Report and Recommendation (Report) and opines that this Court should grant Defendants' Motion for Summary Judgment. (ECF No. 62). The Report sets forth in detail the relevant facts and standards of law on this matter, and the Court incorporates such without a recitation. The Magistrate Judge correctly found that there is no genuine dispute of material fact and thus Defendants' summary judgment motion should be granted.

Plaintiff was advised of her right to file objections to the Report, which was entered on the docket on July 20, 2018. (ECF No. 62 p.16). The Report warned that "'in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Id*. (citations omitted). Plaintiff did not file objections to the Report and the time to do so has now expired.[2] In the absence of specific objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the Magistrate's recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, as well as the Report, this Court finds the Magistrate Judge's recommendation fairly and accurately

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02(B) (D.S.C.). The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

[2] Out of the abundance of caution, the Court called Plaintiff's lawyer on August 8, 2018, to make sure Plaintiff did not intend to file objections. Plaintiff's counsel stated that she did not intend to file objections.

summarizes the facts and applies the correct principles of law.  Accordingly, the Court adopts the Report and grants Defendants' Motion for Summary Judgment (ECF No. 31).

IT IS SO ORDERED.

August 14, 2018
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge